# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 18, 2025

**REQUEST GRANTED.**
The Status Conference previously set for July 24, 2025 is rescheduled to July 31, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent of both parties, excludes time from July 18, 2025 until July 31, 2025 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time until July 31 will allow for the defendant to continue reviewing discovery and parties to discuss a potential pretrial resolution.

7/18/2025  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY EMAIL & ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Gustavo Alvarez-Antigua**
     **25 Cr. 81 (LJL)**

Dear Judge Liman:

    I write to respectfully request an adjournment of the July 24 status conference in the above captioned case, as I am scheduled to begin a trial before Judge Rakoff on Monday, July 21. The government does not object to this request.

    The parties have conferred and are available on the following dates/times: Thursday, July 31 before 3:00 p.m. or after 4:00 p.m.; Monday, August 4 after 3:00 p.m.; Wednesday, August 6 after 12:00 p.m.; Thursday, August 7 any time; Friday, August 8 after 11:00 a.m.

    The government also requests, with the defense's consent, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow Mr. Alvarez to continue reviewing discovery and the parties to discuss a potential pretrial resolution of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of these requests.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Gustavo Alvarez-Antigua*

cc:   Counsel of record